ORIGINAL

FILED

06 SEP 12 PM 2:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*pm*

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 05cr1629-L |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER OF CRIMINAL FORFEITURE |
| ALBERTO SALTIEL COHEN (4), ) | |
| Defendant. ) | |

On May 28, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ALBERTO SALTIEL COHEN (4) ("Defendant") in the property listed in the Forfeiture Allegation of the Superseding Indictment, namely,

**$4,000,000,** which was entered as a personal money judgment against the Defendant. Now that ancillary proceedings have been completed, and following entry of the Amended Order of Criminal Forfeiture, this money judgment shall be credited with a total of **$179,742.74**, consisting of:

a. **$146,058.37** seized by the United States from Bear Stearns Account No. 996-02347 held in the name of Plun Inc.;

b. **$17,684.37** seized by the United States from First National Bank Account No. 801-83296 held in the name of Wham Corp.; and

c. **$16,000.00** cashier's check remitted by the Law Offices of Merle Schneidewind ("the properties").

///

1    On June 9, 16 and 23, 2006, the United States published, in a newspaper of general

2    circulation, notice of the Court's Order and the United States' intent to dispose of the properties in

3    such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further

4    notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to

5    adjudicate the validity of their alleged legal interest in the properties.

6    On June 9, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

7    | Name and Address | Article No. | Result |
| --- | --- | --- |

8    | Corina Villareal | 7004 2510 0003 3016 6231 | Signed for as received |
| Wham Corporation | | on or about 6/14/06 |

9    | Plun Inc. | | |
| c/o Heyman and Associates | | |

10   | P.O. Box 387905 | | |
| La Jolla CA 92038 | | |

11

12   There were no other potential third parties known to the United States to have alleged an

13   interest in the forfeited properties; therefore, no other persons were provided with direct notice of

14   the forfeiture.

15   On September 6, 2006, the United States submitted the application, declaration and

16   Amended Order to the Defendant through his attorney of record, to review as to form and content,

17   and no objections were received.

18   Thirty (30) days have passed following the final date of notice by publication and notice

19   by certified mail, and no third party has made a claim to or declared any interest in the forfeited

20   properties described above.

21   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result

22   of the failure of any third party to come forward or file a petition for relief from forfeiture as

23   provided by law, all right, title and interest of ALBERTO SALTIEL COHEN (4) and any and all

24   third parties in the following properties are hereby condemned, forfeited and vested in the

25   United States of America:

26   a.   **$146,058.37** seized by the United States from Bear Stearns Account
     No. 996-02347 held in the name of Plun Inc.;

27

28   b.   **$17,684.37** seized by the United States from First National Bank
     Account No. 801-83296 held in the name of Wham Corp.; and

2                                                    05cr1629

1          c.      **$16,000.00** cashier's check remitted by the Law Offices of Merle
2                  Schneidewind ("the properties").

3          IT IS FURTHER ORDERED that the balance of **$3,820,257.26** remains due and owing

4    from the Defendant of the **$4,000,000** personal money judgment previously entered.

5          IT IS FURTHER ORDERED that costs incurred by the Internal Revenue Service and any

6    other governmental agencies which were incident to the seizure, custody and storage of the

7    properties be the first charge against the forfeited properties.

8          IT IS FURTHER ORDERED that the Internal Revenue Service shall dispose of the

9    forfeited properties according to law and shall deposit the proceeds thereof into the Treasury

10   Forfeiture Fund.

11         IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all

12   counsel of record and the Internal Revenue Service.

13         DATED:

14   9/11/06

15

16   M. JAMES LORENZ, Judge
     United States District Court

17

18

19

20   Submitted by:

21   CAROL C. LAM
     United States Attorney

22

23   TIMOTHY D. COUGHLIN
24   Assistant U. S. Attorney

25

26

27   Amended Order of Criminal Forfeiture
     United States v. ALBERTO SALTIEL COHEN (4)
28   Case No. 05cr1629-L

3                                                        05cr1629

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05cr1629-L |
| Plaintiff, | ) | CERTIFICATE OF |
| | ) | SERVICE BY FACSIMILE |
| v. | ) | |
| ALBERTO SALTIEL COHEN (4), | ) | |
| Defendant. | ) | |

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF SAN DIEGO  )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I transmitted via facsimile machine, at San Diego, California, , in the above-entitled action, a copy of **AMENDED ORDER OF CRIMINAL FORFEITURE**, to Merle N. Schneidewind, at his correct and current facsimile number, (619) 575-2170.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2006.

MARY I. APGAR