UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05cr1629-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| ALBERTO SALTIEL COHEN (4), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in **$1,400,000** in U.S. Currency of Defendant ALBERTO SALTIEL COHEN (4) ("Defendant") pursuant to 21 U.S.C. § 853(a)(1), which currency in whole or in part represents the proceeds received by Defendant and or the Denkall, Quality-Vet and Animal Power companies, while engaging in the conspiracy to distribute anabolic steroids as charged in the Superseding Information 05cr1629-L; and

WHEREAS, on or about September 28, 2007, Defendant entered a guilty plea to Counts 1 and 2 of the Superseding Information, which plea included consent to the criminal forfeiture allegation set forth as to Count 1 of the Superseding Information pursuant to 21 U.S.C. § 853; and

WHEREAS, by virtue of the facts set forth in the plea agreement, it is established that the Defendant had an interest in the **$1,400,000**, and that the requisite nexus between such property and the offenses exists; and

//

| | |
|---|---|
| 1 | WHEREAS, the following forfeiture has been agreed to by the Defendant: |
| 2 | 1.      Defendant has already forfeited all right and interest in: $763,993.19, seized and in |
| 3 | the possession of the United States Government from: (a) First National Bank Account #801-83296 |
| 4 | ($17,684.37); (b)Bear Sterns Securities Corporation Account #996-02348 ($484,212.86); (c)Bear |
| 5 | Sterns Securities Corporation Account #996-02363 ($37.59); (d)Bear Sterns Securities Corporation |
| 6 | Account #996-02347 ($146,058.37); (e) Amount turned over by Corporate Counsel ($100,000); |
| 7 | (f) Amount turned over by Attorney representing a defendant charged in Criminal Indictment |
| 8 | 05cr1629-L ($16,000). All right and interest in these funds (a-f) have been previously forfeited by |
| 9 | Denkall, Quality Vet and Animal Power; |
| 10 | 2.      Defendant has already forfeited all right and interest in: A certified check in the |
| 11 | amount of $436,006.81 (U.S. Dollars) which was delivered to the United States and made payable |
| 12 | to the United States Treasury; |
| 13 | 3.      Defendant shall forfeit an additional $200,000 to the United States, which shall be |
| 14 | a personal money judgment against him and is a judgment which shall be joint and several with his |
| 15 | co-defendant corporations Quality Vet and Animal Power. |
| 16 | WHEREAS, a total of $1,200,000 has already been paid and forfeited to the United States |
| 17 | and shall be credited against the **$1,400,000** forfeited to and received by the United States; |
| 18 | WHEREAS Defendant owes an additional $200,000 to the United States subject to criminal |
| 19 | forfeiture, and a personal money judgment in the amount of $200,000 shall be entered against the |
| 20 | Defendant; and |
| 21 | WHEREAS, the United States, having submitted the Order herein to the Defendant through |
| 22 | his attorney of record, to review, and no objections having been received; |
| 23 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED: |
| 24 | A.      The Court finds that **$1,400,000** is in fact forfeitable to the United States, as |
| 25 | proceeds of the conspiracy to import anabolic steroids in violation of Title 21, United States Code, |
| 26 | Section 853. The Court further finds that the Government has established the requisite nexus |
| 27 | between the **$1,400,000** and the offense. |
| 28 | // |

1.     Defendant has forfeited all right and interest in: $763,993.19, seized and in the possession of the United States Government from: (a) First National Bank Account #801-83296 ($17,684.37); (b)Bear Sterns Securities Corporation Account #996-02348 ($484,212.86); (c)Bear Sterns Securities Corporation Account #996-02363 ($37.59); (d)Bear Sterns Securities Corporation Account #996-02347 ($146,058.37); (e) Amount turned over by Corporate Counsel ($100,000); (f) Amount turned over by Attorney representing a defendant charged in Criminal Indictment 05cr1629-L ($16,000). All right and interest in these funds (a-f) have been previously forfeited by Denkall, Quality Vet and Animal Power;

2.     Defendant has forfeited all right and interest in: A certified check in the amount of $436,006.81 (U.S. Dollars) which was delivered to the United States and made payable to the United States Treasury;

3.     Against the $1,400,000 dollars which Defendant is to forfeit, he shall be credited for the $1,200,000 already received by the United States, and is now liable for the balance of **$200,000, which shall be entered as a personal judgment in favor of the United States against the Defendant.**

B.     This Court shall retain jurisdiction over the Defendant for purposes of enforcing this Order.

C.     Pursuant to Rule 32.2(b)(3), this order shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

D.     The United States of America, through the Internal Revenue Service, is hereby appointed custodian of the forfeited properties and shall take all steps necessary to enforce the forfeitures as described above.

//
//
//

1  E. Publication of the forfeitures is not required because the specifically named properties have already been administratively forfeited, and the balance of the **$200,000** forfeiture represents a money judgment against which no third party has any claim or interest. Ancillary proceedings pursuant to Title 21, United States Code, Section 853(n) are therefore not required.

**IT IS SO ORDERED.**

DATED: October 30, 2007

_____
M. James Lorenz
United States District Court Judge